IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

```
*********************************************
* In Re:                                     *
*                                            * CASE NO. 11-08620(BKT)
*    ONE CREATIVE SOLUTIONS AND SALES        *
*                                            * CHAPTER  7
*    Debtor(s)                               *
*********************************************
```

## NOTICE OF APPEARANCE

Comes now Banco Popular de Puerto Rico through its undersigned attorney and respectfully states and prays:

1. Banco Popular de Puerto Rico is a creditor and/or party in interest in the instant proceeding and wishes to be included in the Master Address List.

WHEREFORE, BPPR respectfully requests to be included in the Master Address List, and that it be sent all notices and documents filed in the instant case to the attention of the undersigned.

**I CERTIFY:** That the preceding document has been electronically filed with the Clerk of the Court, using the CM/EDF System. Notice has been sent electronically to debtor's counsel, Carlos Rodríguez Quesada, Esq., cerqlaw@coqui.net; Noemi Landrau, Trustee, trusteenotices@landraulaw.com; US Trustee Office, ustpregion21.hr@usdoj.gov; and by mail to the debtor, One Creative Solutions and Slaes, Forest Hills Development, C 23 4 Street, Bayamón, PR 00959 and to all ECFS registered users.

In San Juan, Puerto Rico, this 4th day of November, 2011.

/S/MIGDALIA EFFIE GUASP, ESQ.
USDC-PR #205203
Banco Popular PR-Special Loans
PO Box 362708
San Juan, P. R. 00936-2708
Tel. 787-764-3983
Fax 787-281-4140
mguasp@bppr.com